# EXHIBIT J

Search PMC Full-Text Archive

Advanced | Journal List

PubMed Central® (PMC) is a free full-text archive of biomedical and life sciences journal literature at the U.S. National Institutes of Health's National Library of Medicine (NIH/NLM)

## About PMC

Discover a digital archive of scholarly articles, spanning centuries of scientific research.

## User Guide

Learn how to find and read articles of interest to you.

## Collections

Browse the PMC Journal List or learn about some of PMC's unique collections.

## For Authors

Navigate the PMC submission methods to comply with a funder mandate, expand access, and ensure preservation.

## For Publishers

Learn about deposit options for journals and publishers and the PMC selection process.

## For Developers

Find tools for bulk download, text mining, and other machine analysis.

---

# 9.9 MILLION articles are archived in PMC.

CONTENT PROVIDED IN PART BY:

### 2885

### Full Participation Journals

Journals deposit the complete contents of each issue or volume.

### 292

### NIH Portfolio Journals

Journals deposit all NIH-funded articles as defined by the NIH Public Access Policy.

### 44

### Selective Deposit Programs

Publisher deposits a subset of articles from a collection of journals.

---

# New in PMC

HIGHLIGHTS

## Preview Upcoming Improvements to PMC




We are pleased to announce the availability of a preview of improvements planned for the PMC website. These improvements will become the default in October 2024.

Read More

---

MARCH 21, 2024

## Preview Upcoming Improvements to PMC

We are pleased to announce the availability of a preview of improvements planned for the PMC website. These…

DEC. 15, 2023

## Update on PubReader Format

The PubReader format was added to PMC in 2012 to make it easier to read full text articles on tablet, mobile, and oth…